FILE COPY

No. 07-15-00246-CR

| | | |
|---|---|---|
| Ricky Dan Allee | § | From the 47th District Court |
| Appellant | | of Randall County |
| | § | |
| v. | | October 16, 2015 |
| | § | |
| The State of Texas | | Opinion Per Curiam |
| Appellee | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated October 16, 2015, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 47th District Court of Randall County, Texas for further proceedings in accordance with this Court's opinion entered this day.

o O o

FILE COPY

No. 07-15-00286-CR

| | | |
|---|---|---|
| Ricky Dan Allee | § | From the 47th District Court |
|   Appellant | |   of Randall County |
| | § | |
| v. | | October 16, 2015 |
| | § | |
| The State of Texas | | Opinion Per Curiam |
|   Appellee | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated October 16, 2015, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 47th District Court of Randall County, Texas for further proceedings in accordance with this Court's opinion entered this day.

o O o